Certificate Number: 17082-PAE-DE-033192530

Bankruptcy Case Number: 19-13735



17082-PAE-DE-033192530

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 1, 2019, at 12:57 o'clock PM MST, NATHAN CARLBERG completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 1, 2019            By:    /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:  Executive Director