**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Nathan Howard Arthur Carlberg<br>Debtor(s) | CHAPTER 7 |
| BANK OF AMERICA, N.A.<br>Movant<br>vs.| NO. 19-13735 JKF |
| Nathan Howard Arthur Carlberg<br>Debtor(s) | 11 U.S.C. Section 362 |
| Michael H. Kaliner Esq.<br>Trustee | |

**ORDER**

AND NOW, this 20th day of August, 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362, is modified to permit Bank of America, N.A., to take possession and sell, lease, and otherwise dispose of the N 2016 Mercedes-Benz SL63 ("Vehicle"), bearing a VIN Number WDDJK7EA3GF039719. Rule 4001(a)(3) does not apply to this proceeding.

United States Bankruptcy Judge.
Jean K. FitzSimon

cc: See attached service list

Nathan Howard Arthur Carlberg
304 Cedar Park
Easton, PA 18042

Charles Laputka, Esq.
1344 W. Hamilton Street
Allentown, PA 18102

Michael H. Kaliner Esq.
350 South Main Street, Suite 105
Doylestown, PA 18901

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532