United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-13735-jkf
Nathan Howard Arthur Carlberg                                           Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4       User: Randi            Page 1 of 1          Date Rcvd: Aug 20, 2019
                           Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2019.
db             +Nathan Howard Arthur Carlberg,   304 Cedar Park,   Easton, PA 18042-7114

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2019 at the address(es) listed below:
     CHARLES   LAPUTKA    on behalf of Debtor Nathan Howard Arthur Carlberg claputka@laputkalaw.com,
      jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
     KEVIN G. MCDONALD    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
     LISA   CANCANON    on behalf of Creditor    USAA Federal Savings Bank LisaC@w-legal.com
     MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
     MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                               TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Nathan Howard Arthur Carlberg<br>                                              Debtor(s) | CHAPTER 7 |
| BANK OF AMERICA, N.A.<br>                                              Movant<br>            vs. | NO. 19-13735 JKF |
| Nathan Howard Arthur Carlberg<br>                                              Debtor(s) | 11 U.S.C. Section 362 |
| Michael H. Kaliner Esq.<br>                                              Trustee | |

**ORDER**

AND NOW, this 20th day of August, 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362, is modified to permit Bank of America, N.A., to take possession and sell, lease, and otherwise dispose of the N 2016 Mercedes-Benz SL63 ("Vehicle"), bearing a VIN Number WDDJK7EA3GF039719.  Rule 4001(a)(3) does not apply to this proceeding.

_____
United States Bankruptcy Judge.
Jean K. FitzSimon

cc: See attached service list

Nathan Howard Arthur Carlberg
304 Cedar Park
Easton, PA 18042

Charles Laputka, Esq.
1344 W. Hamilton Street
Allentown, PA 18102

Michael H. Kaliner Esq.
350 South Main Street, Suite 105
Doylestown, PA 18901

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532