United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Nathan Howard Arthur Carlberg  
    Debtor

Case No. 19-13735-jkf  
Chapter 7

## CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: Randi | Page 1 of 1 | Date Rcvd: Oct 07, 2019 |
|---|---|---|---|
| | Form ID: 195 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2019.
db     +Nathan Howard Arthur Carlberg,   304 Cedar Park,   Easton, PA 18042-7114

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2019      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2019 at the address(es) listed below:
    CHARLES   LAPUTKA    on behalf of Debtor Nathan Howard Arthur Carlberg claputka@laputkalaw.com, jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
    KEVIN G. MCDONALD    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
    LISA   CANCANON    on behalf of Creditor    USAA Federal Savings Bank LisaC@w-legal.com
    MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
    MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                                 : Chapter 7

Nathan Howard Arthur Carlberg                      : Case No. 19–13735–jkf
    Debtor(s)

### ORDER
_____

    AND NOW, this day , September 18, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

26
Form 195